IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARSHA KIELY, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 08-1344 (JBS/AMD) |
| v. | **ORDER** |
| ATLANTIC CITY SHOWBOAT, INC., d/b/a SHOWBOAT CASINO, | |
| Defendant. | |

The matter having come before the Court upon Defendant's motion for summary judgment [Docket Item 17]; the Court having considered the submissions in support thereof and in opposition thereto; for the reasons stated in the Opinion of today's date;

IT IS this  **20th**  day of **January, 2010** hereby

ORDERED that Defendant's motion for summary judgment is **DENIED**.

            **s/ Jerome B. Simandle**
            JEROME B. SIMANDLE
            United States District Judge